**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| SHARON PARCELL, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>PARAMOUNT GLOBAL,<br><br>*Defendant*. | Civil Action No.<br><br>1:22-cv-03666 |

**DEFENDANT'S OPPOSED MOTION TO COMPEL ARBITRATION,**
**DISMISS CLASS CLAIMS, AND STAY ALL PROCEEDINGS**

Defendant Paramount Global hereby moves the Court for an order compelling arbitration, dismissing Plaintiff's class claims, and staying these proceedings pursuant to the Federal Arbitration Act (the "FAA"), 9 U.S.C. § 1 *et seq*. The grounds supporting the motion are set forth in the memorandum of law filed with this motion.

*[Remainder of page intentionally left blank]*

Dated: New York, New York
September 8, 2022

Respectfully submitted,

*/s/ David L. Yohai*

David L. Yohai (admitted *pro hac vice*)
Blake J. Steinberg (admitted *pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
david.yohai@weil.com
blake.steinberg@weil.com

David R. Singh (admitted *pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, California 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100
david.singh@weil.com

Brian A. Sher
Steven G. Trubac
BRYAN CAVE LEIGHTON PAISNER LLP
161 North Clark Street, Suite 4300
Chicago, Illinois 60601
Telephone: (312) 602-5000
Facsimile: (312) 602-5050
brian.sher@bclplaw.com
steve.trubac@bclplaw.com

*Attorneys for Paramount Global*