**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| SHARON PARCELL, individually and on behalf all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>PARAMOUNT GLOBAL,<br><br>*Defendant.* | Civil Action No.<br><br>1:22-cv-03666 |

**DECLARATION OF JON MANTELL**

Pursuant to 28 U.S.C. § 1746, I, Jon Mantell, declare under penalty of perjury that the following is true and correct.

1. I am over 18 years of age and make this declaration of my own personal knowledge, and, if called to do so, could testify competently to the facts stated herewith under oath.

2. I am an Executive Vice President for Paramount Streaming, a division of Paramount Global, and have been with the company since 2012.

3. I am familiar with the account creation pages on CBS.com, a free streaming service. According to the Complaint, Plaintiff created a CBS.com account "[i]n or around 2021[.]" Compl. ¶ 53.

4. While Plaintiff does not specify precisely when in 2021 she created a CBS.com account, as detailed below, at all points in 2021, visitors of www.CBS.com who created a CBS user account had to affirmatively consent to the CBS Terms of Use. Each version of the Terms of Use effective in 2021 required that disputes arising out of or relating to the services provided

at www.CBS.com be resolved through binding arbitration or in small claims court, and contained class action and class arbitration waivers.

5. CBS.com visitors who created a CBS user account on or after March 4, 2021 through the end of 2021 had to take the below steps. (True and correct copies of the pages discussed below are attached hereto as Exhibit A.)

a. *First*, CBS.com visitors selected "SIGN IN" in the upper right corner of the website. Exhibit A at 1.

b. *Second*, CBS.com visitors were then transferred to a page where they could click "SIGN UP" in the upper right corner. *Id.* at 2.[1]

c. *Third*, if they clicked "SIGN UP," CBS.com visitors were then transferred to another page, where they had to select "CONTINUE" to sign up. *Id.* at 3.

d. *Fourth*, after CBS.com visitors selected "CONTINUE," they were directed to enter their information to create an account. On this following page, CBS.com visitors saw the following text: "By pressing 'Continue', you confirm that you have read and agree to the Terms of Use and acknowledge our Privacy Policy." *Id.* at 4. The hyperlinked phrase "Terms of Use" was in blue, distinguishing it from the surrounding text. Clicking on the words "Terms of Use" hyperlink directed CBS.com visitors to CBS's Terms of Use (the "2021 TOU"). CBS.com visitors could easily scroll through and read the 2021 TOU. A true and correct copy of the 2021 TOU is attached hereto as Exhibit B.

i. The 2021 TOU required that claims arising out of relating to the Services (defined broadly to encompass services of CBS Interactive

[1] The words "SIGN UP" were replaced by "CREATE ACCOUNT" in July 2021.

Inc., its affiliates and subsidiaries, including the CBS.com website) be resolved "through binding arbitration or an individual action in small claims court in the U.S. county (or parish) of your residence or in San Francisco, California." Exhibit B at 1, § 2. The 2021 TOU further specified that "[c]lass arbitrations and class actions are not permitted under any circumstances." *Id.* § 2.

e. *Fifth*, to finish signing up, CBS.com visitors had to affirmatively select "CONTINUE" at the bottom of the page confirming that they read and agreed to the 2021 TOU. Exhibit A at 4.

6. From January 1, 2021 through March 3, 2021, CBS.com did not yet exist as a standalone free streaming service. Instead, the www.CBS.com website was called CBS All Access, a paid streaming service. CBS All Access visitors who created CBS user accounts during this time period took the below steps. (True and correct screenshots illustrating this process flow are attached hereto as Exhibit C).

a. *First*, CBS All Access visitors selected "TRY CBS ALL ACCESS" on the upper right hand corner of the homepage. Exhibit C at 1.

b. *Second*, CBS All Access visitors were then transferred to a CBS All Access page, where they selected "TRY IT FREE." *Id.* at 2.

c. *Third*, CBS All Access visitors were then transferred to another page where they selected "CONTINUE." *Id.* at 3.

d. *Fourth*, CBS All Access visitors were then transferred to a page where they chose between payment plans to be applied after the end of their CBS All Access free trial. *Id.* at 4.

e. *Fifth*, after selecting a payment plan, CBS All Access visitors were directed to another page, which advised them that by pressing "CONTINUE," they were affirming that they "read and agree to the Terms of Use." *Id.* at 5. The hyperlinked phrase "Terms of Use" was in blue, distinguishing it from the surrounding text. CBS All Access visitors had to affirmatively select "CONTINUE" confirming that they "read and agree to the Terms of Use" to finish creating a CBS user account. *Id.*

i. From January 1, 2021 through February 17, 2021, clicking on the words "Terms of Use" hyperlink directed CBS All Access visitors to a page containing CBS's prior Terms of Use (the "2017 TOU"). CBS All Access visitors could easily scroll through and read the 2017 TOU. A true and correct copy of the 2017 TOU is attached hereto as Exhibit D.[2]

ii. Like the 2021 TOU, the 2017 TOU required that disputes arising out of or related to the Services (defined broadly to encompass services of CBS Interactive Inc., its affiliates and subsidiaries, including the CBS All Access website) be resolved "through an individual binding arbitration or through an individual action in small claims court in the U.S. County (or parish) of your residence or in San Francisco, California." Exhibit D at 1, § 17. The 2017 TOU further specified that "[c]lass arbitration and class actions are not permitted, and your Claim may not be consolidated with any other person's claim." *Id.* § 17.

---

[2] On February 18, 2021, CBS All Access updated its Terms of Use and by clicking on the "Terms of Use" hyperlink, visitors were directed to a page containing the 2021 TOU, which they could easily scroll through and read. *See* Exhibit B.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 7th day of September in Los Angeles, California.

Jon Mantell