IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SHARON PARCELL, individually and on behalf of all others similarly situated,<br><br>       *Plaintiff*,<br><br> v.<br><br>PARAMOUNT GLOBAL,<br><br>       *Defendant*. | Civil Action No.<br><br>1:22-cv-03666 |

**DEFENDANT'S MOTION TO DISMISS**
**PLAINTIFF'S FIRST AMENDED COMPLAINT**

Defendant Paramount Global hereby moves the Court for an order pursuant to Federal Rule of Civil Procedure 12(b)(6) dismissing the First Amended Complaint (ECF No. 16) with prejudice. The grounds supporting the motion are set forth in the memorandum of law filed with this motion.

*[Remainder of page intentionally left blank]*

1

Dated: New York, New York
      September 8, 2022

Respectfully submitted,

*/s/ David L. Yohai*
David L. Yohai (admitted *pro hac vice*)
Blake J. Steinberg (admitted *pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
david.yohai@weil.com
blake.steinberg@weil.com

David R. Singh (admitted *pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, California 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100
david.singh@weil.com

Brian A. Sher
Steven G. Trubac
BRYAN CAVE LEIGHTON PAISNER LLP
161 North Clark Street, Suite 4300
Chicago, Illinois 60601
Telephone: (312) 602-5000
Facsimile: (312) 602-5050
brian.sher@bclplaw.com
steve.trubac@bclplaw.com

*Attorneys for Paramount Global*