IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SHARON PARCELL, individually and on behalf of all others similarly situated,<br><br>   Plaintiff.<br><br>  v.<br><br>PARAMOUNT GLOBAL,<br><br>   Defendant. | Case No. 1:22-cv-03666<br><br>Judge John F. Kness |

## ORDER

  The Court has reviewed the parties' Agreed Motion to Stay Discovery and Joint Initial Status Report. ECF Nos. 26, 27. The Court orders that all discovery shall be stayed pending resolution of Defendant's Motion to Compel Arbitration, Dismiss Class Claims, and Stay All Proceedings (the "Motion to Compel"). ECF No. 17. If the Court denies Defendant's Motion to Compel, all discovery shall continue to be stayed pending resolution of Defendant's Motion to Dismiss Plaintiff's First Amended Complaint (the "Motion to Dismiss"). ECF No. 22.

SO ORDERED.

Date: **September 16, 2022**

                     _____
                     JOHN F. KNESS
                     United States District Judge