IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SHANNON PARCELL, on behalf of herself and all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>PARAMOUNT GLOBAL,<br><br>*Defendant*. | Civil Action No.<br><br>1:22-cv-03666 |

## SUPPLEMENTAL CORPORATE DISCLOSURE STATEMENT OF DEFENDANT PARAMOUNT GLOBAL

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 3.2, Defendant Paramount Global, by and through its undersigned counsel, hereby supplements the prior Paramount Global's Corporate Disclosure Statement of August 29, 2022 (ECF No. 14) as follows:

Paramount Global is a publicly traded company. National Amusements, Inc., a privately held company, beneficially owns the majority of the Class A voting stock of Paramount Global. In addition, Paramount is only aware, without further inquiry, that the following entities beneficially own at least 5% of Paramount Global's total common stock, i.e., Class A and Class B on a combined basis: Berkshire Hathaway Inc., a publicly traded company, as reported on a Form 13F filed with the Securities and Exchange Commission ("SEC") on August 15, 2022, and the Vanguard Group, Inc., as reported on a Form 13F filed with the SEC on August 12, 2022.

Dated: Redwood Shores, CA
October 19, 2022

Respectfully submitted,

*/s/ David R. Singh*

David R. Singh (admitted *pro hac vice*)
Weil, Gotshal & Manges LLP
201 Redwood Shores Parkway
Redwood Shores, California 94065

Telephone: (650) 802-3000
david.singh@weil.com
David L. Yohai (admitted *pro hac vice*)
Blake J. Steinberg (admitted *pro hac vice*)
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
david.yohai@weil.com
blake.steinberg@weil.com

Brian A. Sher
Steven G. Trubac
Bryan Cave Leighton Paisner LLP
161 North Clark Street, Suite 4300
Chicago, Illinois 60601
Telephone: (312) 602-5000
Facsimile: (312) 602-5050
brian.sher@bclplaw.com
steve.trubac@bclplaw.com

*Attorneys for Paramount Global*

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that on October 19, 2022, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will provide notice to all counsel of record.

/s/ David R. Singh

David R. Singh (admitted *pro hac vice*)