**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| SHARON PARCELL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>PARAMOUNT GLOBAL CORP.,<br><br>Defendant. | No. 1:22-cv-03666-JFK<br><br>Judge John F. Kness |

# **PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY**

Plaintiff Sharon Parcell respectfully submits this Notice of Supplemental Authority regarding the pending Motion To Dismiss. *See* ECF Nos. 22, 32, 36. Plaintiff brings to the Court's attention the following order entered on November 17, 2022 by Judge Alvin K. Hellerstein in *Czarnionka v. The Epoch Times Association*, Case No. 1:22-cv-06348-AKH, ECF No. 25 (S.D.N.Y. Nov. 17, 2022). The *Czarnionka* decision is attached hereto as **Exhibit 1**. Specifically, the decision is relevant to the parties' respective arguments concerning whether Plaintiff has sufficiently alleged a violation of the VPPA, particularly as it relates to whether Defendant is a video tape service provider, and whether Defendant disclosed personally identifiable information.

Dated: November 18, 2022

Respectfully submitted,

By: */s/ Philip L. Fraietta*
Philip L. Fraietta

**BURSOR & FISHER, P.A.**
Joshua D. Arisohn*
Philip L. Fraietta
888 Seventh Avenue
New York, NY 10019
Tel: (646) 837-7150
Fax: (212) 989-9163

Email: jarisohn@bursor.com
Email: pfraietta@bursor.com

**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
Gary M. Klinger
227 W. Monroe Street, Suite 2100
Chicago, Illinois 60606
Tel: (847) 208-4585
Email: gklinger@milberg.com

**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
Nick Suciu III
6905 Telegraph Rd., Suite 115
Bloomfield Hills, MI 48301
Tel: 313-303-3472
Email: nsuciu@milberg.com

**BURSOR & FISHER, P.A.**
Christopher R. Reilly*
701 Brickell Avenue, Suite 1420
Miami, FL 33131
Tel: (305) 330-5512
Fax: (305) 679-9006
Email: creilly@bursor.com

**Pro Hac Vice Application Forthcoming*

*Attorneys for Plaintiff and the Putative Class*

**CERTIFICATE OF SERVICE**

The undersigned certifies that on November 18, 2022, a copy of the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

Dated: November 18, 2022

By: */s/ Philip L. Fraietta*
Philip L. Fraietta