**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

SHARON PARCELL, individually and on behalf of all others similarly situated,

Plaintiff,

v.

PARAMOUNT GLOBAL CORP.,

Defendant.

No. 1:22-cv-03666-JFK
Judge John F. Kness

## PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY

Plaintiff Sharon Parcell respectfully submits this Notice of Supplemental Authority regarding the pending Motion To Dismiss. *See* ECF Nos. 22, 32. Plaintiff brings to the Court's attention the following order entered on Plaintiff brings to the Court's attention the following order entered on December 20, 2022 by Judge Nathaniel M. Gorton in *Belozerov v. Gannett Co.*, 4:22-cv-10838-NMG, ECF No. 33 (D. Mass. Dec. 20, 2022). The *Belozerov* decision is attached hereto as **Exhibit 1**. Specifically, the decision is relevant to the parties' respective arguments concerning; (1) whether Defendant is a video tape service provider; (2) whether there was a disclosure of PII; (3) whether the disclosure of PII was made knowingly.

Dated: December 22, 2022

Respectfully submitted,

By: */s/ Philip L. Fraietta*
Philip L. Fraietta

**BURSOR & FISHER, P.A.**
Joshua D. Arisohn*
Philip L. Fraietta
888 Seventh Avenue
New York, NY 10019
Tel: (646) 837-7150
Fax: (212) 989-9163
E-Mail: jarisohn@bursor.com
Email: pfraietta@bursor.com

Gary M. Klinger

**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
227 W. Monroe Street, Suite 2100
Chicago, Illinois 60606
Telephone: (847) 208-4585
gklinger@milberg.com

Nick Suciu III
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
6905 Telegraph Rd., Suite 115
Bloomfield Hills, MI 48301
Tel: 313-303-3472
nsuciu@milberg.com

**BURSOR & FISHER, P.A.**
Christopher R. Reilly*
701 Brickell Avenue, Suite 1420
Miami, FL 33131
Tel: (305) 330-5512
Fax: (305) 679-9006
E-Mail: creilly@bursor.com

**Pro Hac Vice Application Forthcoming*

*Attorneys for Plaintiff and the Putative Class*

## CERTIFICATE OF SERVICE

The undersigned certifies that on December 22, 2022, a copy of the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

By: */s/ Philip L. Fraietta*
Philip L. Fraietta